4-12-15

78,949-01,02

I am writing to inform the court of my address change. Thanks you

Johnny Williams #1759727
Goree Unit
7405 Hwy 75 South
Huntsville, TX 77344

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk